### 8565.  WASHINGTON *v.* COTTON STATES SEED & FERTILIZER CO.

LUKE, J.  1.  The plaintiff brought an action alleging that he had been damaged by the negligence of the defendant in not providing for him a safe place to work, and in not warning him of the danger incident to the work he was required to do.  The jury upon the trial returned a verdict in favor of the defendant.  The evidence authorized the verdict.

2. When read as a whole, the charge of the court was full and fair, and was not error for any of the reasons assigned. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED NOVEMBER 1, 1917.

Action for damages; from city court of Macon—Judge Guerry. January 31, 1917.

*Martin & Martin,* for plaintiff.

*Hall & Grice, Charles J. Bloch,* for defendant.

